AO 91 (Rev. 11/11) Criminal Complaint            AUSAs Martinez/Kim

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>ANTONIO GALDAMEZ-FIGUEROA<br>a/k/a Pinochio<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:17·mJ·440<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    07/20/2017    in the county of    Franklin    in the
   Southern    District of    Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1326(a) | Illegal re-entry of a removed alien |

This criminal complaint is based on these facts:
**Please see attached affidavit.**

☑ Continued on the attached sheet.

                                                     *Complainant's signature*

                                         Matthew J. Salmon, Deportation Officer, ICE
                                         *Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/10/17

City and state:    Columbus, Ohio      Hon. Elizabeth P. Deavers, U.S. Magistrate Judge
                                                     *Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE<br>CRIMINAL COMPLAINT OF:<br><br>ANTONIO GALDAMEZ-FIGUEROA<br>a/k/a Pinochio | CASE NO. _____ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer, Matthew J. Salmon, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than fourteen years of experience as an Immigration Officer with United States Immigration and Customs Enforcement (ICE), District Adjudications Officer with United States Citizenship and Immigration Services, and Border Patrol Agent with the United States Border Patrol. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Field Operations Unit. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the United States Border Patrol Agent Academy at the Federal Law Enforcement Training Center (FLETC) in Charleston, South Carolina.

2. During the course of investigating Antonio GALDAMEZ-Figueroa, a/k/a Pinochio, I have learned the following facts:

3. Antonio GALDAMEZ-Figueroa is a citizen of El Salvador and not a citizen of the United States.

4. On or about June 8, 2004, GALDAMEZ-Figueroa was arrested by the United States Border Patrol in Alice, Texas. At that time, GALDAMEZ-Figueroa was charged administratively as an inadmissible alien as described in Section 212(a)(6)(A)(i) of the Immigration and Nationality Act and issued Alien Registration Number 098 045 226. GALDAMEZ-Figueroa was a juvenile at this time and was not fingerprinted. GALDAMEZ-Figueroa was released on his own recognizance to a family member pending a future hearing. GALDAMEZ-Figueroa was a granted a change of venue for the immigration case from Texas to Virginia, which is where he indicated to Immigration Officers that he planned to live. On or about

February 8, 2008, GALDAMEZ-Figueroa was granted Voluntary Departure by an Immigration Judge in Arlington, Virginia. GALDAMEZ-Figueroa failed to depart the United States by the required date of June 8, 2007. The failure to depart from the United States then made GALDAMEZ-Figueroa subject to a final order of removal retroactive to the Voluntary Departure decision date of February 8, 2007. At that time, GALDAMEZ-Figueroa was classified as an ICE Fugitive.

5. On or about December 19, 2011, GALDAMEZ-Figueroa was arrested by ICE Officers in Columbus, Ohio. GALDAMEZ-Figueroa was processed as an ICE Fugitive. On or about February 12, 2012, GALDAMEZ-Figueroa was physically removed from the United States to El Salvador via New Orleans, Louisiana. Prior to removal, GALDAMEZ-Figueroa surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. GALDAMEZ-Figueroa's removal was witnessed by an Immigration Officer.

6. On or about April 13, 2012, GALDAMEZ-Figueroa was arrested for extortion in San Ana, Metapan, El Salvador. The document received from the El Salvadoran National Police indicates that GALDAMEZ-Figueroa and another subject were arrested for threatening a person under protection. GALDAMEZ-Figueroa and the other subject were accused of ordering the victim to make a money transfer through Banco Azteca Sonsonate to Banco Azteca Metapan in El Salvador. The disposition of this case is unknown.

7. On or about October 27, 2013, GALDAMEZ-Figueroa was arrested by the United States Border Patrol in Rio Grande Valley, Texas. GALDAMEZ was charged administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about November 21, 2013, GALDAMEZ-Figueroa was physically removed from the United States to El Salvador via San Antonio, Texas. Prior to removal, GALDAMEZ-Figueroa surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. GALDAMEZ-Figueroa's removal was witnessed by an Immigration Officer.

8. On or about March 11, 2014, GALDAMEZ-Figueroa was arrested by the United States Border Patrol in Rio Grande Valley, Texas. GALDAMEZ-Figueroa was charged administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about April 1, 2014, GALDAMEZ-Figueroa was physically removed from the United States to El Salvador via Laredo, Texas. Prior to removal, GALDAMEZ-Figueroa surrendered his fingerprint and photograph for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. GALDEMZ-Figueroa's removal was witnessed by an Immigration Officer.

9. Between December 2015 and the present, officers with ICE/ERO, the Federal Bureau of Investigation, and the Columbus Division of Police have been conducting an investigation into the transnational criminal organization, La Mara Salvatrucha, also known as MS-13. Throughout the investigation, GALDAMEZ-Figueroa has been regularly named by sources of information as a member of MS-13. Sources of information have declared that GALDAMEZ-Figueroa is a jumped-in MS-13 member with the Columbus, Ohio clique known as the Columbus Locos Salvatruchas (CLS).

10. A search of open source media has revealed photos of GALDAMEZ-Figueroa with other MS-13 members.

11. Sources of information have provided officers with the address of 1906 Forest Elm Court, Columbus, Ohio 43229 as the current residence of GALDAMEZ-Figueroa.

12. On or about June 2, 2017 at approximately 7:40AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was picked up in a 2006 Ford E-Series van bearing Ohio license plate PJM9692, registered to Melvin CARRILLOS-Pleitez at 672 South Hampton Road, Columbus, Ohio 43213.

13. On or about June 16, 2017 at approximately 8:00AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was again picked up in a 2006 Ford E-Series van bearing Ohio license plate PJM9692, registered to Melvin CARRILLOS-Pleitez at 672 South Hampton Road, Columbus, Ohio 43213.

14. On or about July 20, 2017 at approximately 7:40AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was picked up in a Ford van bearing Ohio license plate PJK7489, registered to Alcides A. GALDAMEZ-Posadas at 1752 Pine Street South, Apartment B, Columbus, Ohio 43220.

15. On or about August 8, 2017 at approximately 7:30AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was picked up in a Ford van bearing Ohio license plate PJK 7489, registered to Alcides A. GALDAMEZ-Posadas at 1752 Pine Street South, Apartment B, Columbus, Ohio 43220.

Your Affiant submits that the foregoing facts establish probable cause that GALDAMEZ-Figueroa has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

_____
Matthew J. Salmon
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 10th day of August 2017.

_____
HONORABLE ELIZABETH PRESTON DEAVERS
United States Magistrate Judge

4